**Opinion filed November 17, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00318-CV

_____

## IN THE INTEREST OF T.N.S., A CHILD

**On Appeal from the 326th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 8506-CX**

## MEMORANDUM OPINION

Kevin Earl Scott has filed a pro se notice of appeal in which he attempts to appeal from the trial court's October 18, 2016 decision to deny Scott's request for court-appointed counsel. We notified Scott by letter dated October 28, 2016, that it did not appear to this court that a final, appealable order had been entered by the trial court, and we requested that Scott file a response showing grounds to continue this appeal. Scott filed a response; however, he has not shown grounds upon which this appeal may continue.

Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex.

2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The trial court's letter ruling relates only to the appointment of counsel and is not a final, appealable order because it does not dispose of all parties and all claims. Additionally, the letter ruling does not appear on its face to be final. *See McNally v. Guevara*, 52 S.W.3d 195, 196 (Tex. 2001); *Lehmann*, 39 S.W.3d at 200. Because no final, appealable order has been entered in this cause, we lack jurisdiction and dismiss this appeal. *See* TEX. R. APP. P. 42.3.

Accordingly, the appeal is dismissed for want of jurisdiction.

PER CURIAM

November 17, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.